IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL MCGOVERN, | ) | CASE NO. 8:06CV505 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, a Political subdivisiono f the State of Nebraska, and TIMOTHY DUNNING, Douglas County Sheriff, in his official and individual capacities, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice. The motion satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and should be granted.

IT IS ORDERED:

1. The Joint Motion to Dismiss with Prejudice (Filing No. 32) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fees.

DATED this 27th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge